IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AGATHA HARRIS, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:03cv596-F |
| FORMER WARDEN HARRELSON, *et al.*, | ) |
|     Defendants. | ) |

# **ORDER**

On July 19, 2005, the Magistrate Judge filed a Recommendation (Doc. #64) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That Harris' request for injunctive relief is DISMISSED as moot;

3. That the motions for summary judgment filed by Defendants (Doc. Nos. 14 & 50) are GRANTED;

4. That judgment be ENTERED in favor of Defendants and against Harris;

5. That this case is DISMISSED with prejudice; and

6. That the costs of this proceeding are taxed against Harris.

DONE this the 24th day of August, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE